IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
**COLUMBIA** DIVISION

| | | |
|---|---|---|
| JENNIFER SARPONG | ) | |
| | ) | |
| Plaintiff, | ) | C/A no. 3:15-CV-02675-CMC |
| vs. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Jennifer Sarpong hereby voluntarily dismisses her claims against Defendant NCO Financial Services, Inc, with prejudice and without costs to either side.

Dated: August 11, 2015                    **ELLSWORTH LAW FIRM**

*s/ Brian J. Ellsworth*_____
Brian J. Ellsworth (#11839)
201B Waller Ave.
Greenwood, SC 29646
Phone: (864)757-4938
Fax: 864-330-2954
brian@bjellsworth.com
**Attorney for Plaintiff**